IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 18-20374-C-7 |
| BILLY THERON GREEN, JR. § DEBTOR, § | | CHAPTER 7 |
| LOANCARE LLC, SERVICER FOR § MID AMERICA MORTGAGE, INC, § AN OHIO CORPORATION ITS § ASSIGNS AND/OR SUCCESSORS IN § INTEREST § | | A hearing on the Motion for Relief from Automatic Stay set for: NOVEMBER 2, 2018 AT 9:00 A.M. |
| v. § | | |
| BILLY THERON GREEN, JR. AND § CHRISTOPHER R. MURRAY, § Trustee; § RESPONDENTS. § | | JUDGE DAVID R. JONES |

Comes now the defendant, Billy Theron Green, Jr., with an Objection to the Motion for Relief from Automatic Stay in the above styled case.

1. In spite of Movant's attempts to evict me from my home, Movant initiated a Proposal to defendant for a Loan Modification on the mortgage. All correspondence to defendant from Loancare/Mid America is dated well after the bankruptcy case filing date. I, Billy Theron Green, Jr., having recently regained employment providing sufficient income to service a modified mortgage note, have been working with representatives of Loancare/Mid America's Loss Mitigation/Bankruptcy Department to come to a mutually beneficial agreement with regard to a loan modification.

2. Based upon the foregoing, the Defendant prays that the Court will dismiss Movant's request for Termination of Automatic Stay in order to allow Mr. Buchman's client time to complete their proposed Mortgage Modification.

3. Defendant asserts that Mortgage Modification is in both the Movant's and his Own best interest. The property in question, 13949 Jibstay Street, Corpus Christi, Texas, 78418 sustained significant damage from Hurricane Harvey. If Movant evicts Defendant, Movant will lose all benefit of Defendant's planned repairs to said residence.

Respectfully submitted,

*/s/ Billy T. Green/*

Billy Theron Green, Jr.
13949 Jibstay Street
Corpus Christi, Texas  78418

Phone:  (254) 226-7336

Email:  bgreen99@att.net

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing plea was served via First Class United States Mail, postage paid, in accordance with the Bankruptcy Rules To the following:

MITCHELL J. BUCHMAN
1900 ST. JAMES PLACE
SUITE 500
HOUSTON, TEXAS  77056

Chapter 7 Trustee:
CHRISTOPHER R. MURRAY
DIAMOND MCCARTHY, LLP
909 FANNIN ST., 37TH FLOOR
HOUSTON, TEXAS  77010

U.S. Trustee:
OFFICE OF THE US TRUSTEE
606 N CARANCAHUA
CORPUS CHRISTI, TEXAS 78401

Parties Requesting Notice:

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTENTION:  DIANE SANDERS
P.O. BOX 17428
AUSTIN, TEXAS  78760-7428

SYNCHRONY BANK
C/O PRA RECEIVABLES MANAGEMENT, LLC
P.O. BOX 41021
NORFOLK, VIRGINIA 23541

And:

JUDGE DAVID R. JONES
UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION
1133 N. SHORELINE BLVD
CORPUS CHRISTI, TEXAS 78401

# Billy Green

**To:** LC-Lossmitigation@LoanCare.net
**Subject:** Loan Number 0021749361

October 22, 2018

Mid America Mortgage / LoanCare, LLC
Attention – Faadel Soweidan
P.O. Box 8068
Virginia Beach, VA 23450

Dear Faadel Soweidan,

Please find attached the additional documents you requested in your letter to help expedite the Loan Modification your company proposed in their letter of October 5, 2018.

Please be aware that Mid America Mortgage / LoanCare, LLC's attorney, Mitchell J. Buchman, 1900 St. James Place, Suite 500, Houston, Texas 77056, (713) 693-2014 has filed

a motion with the Bankruptcy Court for relief from Automatic Stay in an attempt to evict me and my family from our home.

Your company's letters proposing a mortgage modification were all dated after the bankruptcy case was filed. Mr. Buchman sounds to be of the opinion that eviction is appropriate,

despite your letters' assurances that your company is willing to work with me on a mortgage modification. I would appreciate it if you would contact your attorney and ask that

he cease and desist collection activities and eviction attempts while we work through the mortgage modification process.


Billy T. Green, Jr., R.Ph.
13949 Jibstay Street
Corpus Christi, Texas 78418-6118
(254) 226-7336

1